# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SANTIAGO A VENEGAS, and STEPHANIE M VENEGAS,

       Plaintiffs,

    vs.

FCA US, LLC; and DOES 1 through 10, inclusive,

       Defendants.

Case No. 5:25-cv-02346-KK-SP

Hon. Kenly Kiya Kato

**ORDER**

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Plaintiffs SANTIAGO A VENEGAS and STEPHANIE M VENEGAS ("Plaintiffs") and Defendant FCA US LLC have agreed FCA US LLC will pay $10,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

2. Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiffs $10,000.00 to resolve attorneys' fees, costs, and expenses.

3. Payment is to be made to counsel for Plaintiffs by August 24, 2026. After satisfaction of payment, Plaintiffs will dismiss this case with prejudice within 10 business days against all parties.

    **IT IS SO ORDERED.**

Date:  June 25, 2026

Hon. Kenly Kiya Kato
District Court Judge

1

**ORDER**