UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTIAGO A. VENEGAS and STEPHANIE M. VENEGAS,

Plaintiffs,

vs.

FCA US, LLC; and DOES 1 through 10, inclusive,

Defendants.

Case No.: 5:25-cv-02346-KK-SP

District Judge: Kenly Kiya Kato
Magistrate Judge: Sheri Pym

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: November 4, 2026

Honorable Kenly Kiya Kato
UNITED STATES DISTRICT JUDGE